U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 9 2001

CLERK, U.S. DISTRICT COURT
Deputy

PRISONER'S COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT TOCJ-ID

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
ABILENE DIVISION

CASE NO!  1 01CV000850

RICARDO·SAENZ·JR #699201, INDIVIDUALLY AND ON BEHALF OF: RUBEN·CAMACHO #643933; MICHAEL·SALAZAR #810439; RAY·SOLIZ·JR #847090; MARIO·MORENO #756356; JOSE· ANTHONY·DELVAL #791655; MARTIN·BAYARDO #840116; SANTOS·LOPEZ #710524; ROBERT· CISNEROS #685445; JUAN·JOSE·MEDINA #748275; WHO ARE ALL INMATES OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE·INSTITUTIONAL DIVISION, PRESENTLY CONFINED IN ADMINISTRATIVE SEGREGATION AT THE FRENCH M. ROBERTSON UNIT LOCATED AT 12071·FM· 3522, ABILENE·TEXAS, 79601·8749; PLAINTIFF(S).


V.


CARY·COOK; ROBERT·EASON; WILLIAMS·GRAY; RONALD·WILLIAMS; BRAIN·DAVIS; SANTOS· GARICIA·JR; RICHARD·DANIEL; ROXANN·MARTINEZ; RONALD·GLOYD; CLARENCE·HAM·JR; KIMBERLEY·SIMMONS; BONNIE·YOUNG; HAZEL·BROWN; BILLY·DAVIS; DONALD·DAVIS; LENONARD· DORSEY; JESUS·ESPINOZA; GORDON·GOODWIN; JIMMY·COUTHERY; AUBREY·JOHNSON·III; KENNETH·LEAGUE·JR; JIMMY·MARTIN; JEFFREY·MATTHEWS; MISTI·MCGONAGILL; KENNY·MOORE; CODY·PACK; EDUARDO·RAMIREZ·JR; RON·STEWART·ROBERSON; HAROLD·ROBINSON; MARCELLO· RODRIGUEZ·JR; CRAIG·TOWNZEN; RICHARD·ZAVALA; CORRECTIONAL OFFICIALS AND OFFICERS OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE·INSTITUTIONAL DIVISION, FRENCH M. ROBERTSON UNIT LOCATED AT 12071·FM·3522·ABILENE·TEXAS, 79601·8749; INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES; DEFENDANT(S).


I. PREVIOUS·LAWSUITS:
WE THE PLAINTIFFS, HEREIN, HAVE NOT FILED ANY OTHER LAWSUIT IN STATE OR FEDERAL COURT RELATING TO OUR IMPRISONMENT.

II. PLACE OF PRESENT CONFINEMENT:
ALL PLAINTIFFS MEMBERS ARE PRESENTLY INCARCERATED IN TDCJ·ID AND CONFINED TO ADMINISTRATIVE SEGREGATION (AD·SEG) AT THE FRENCH M. ROBERTSON UNIT LOCATED AT 12071·FM·3522·ABILENE·TEXAS·79601·8749.

III. PARTIES TO THIS SUIT:

A. NAME OF ADDRESS OF PLAINTIFFS; TDCJ·ID FRENCH M·ROBERTSON UNIT AD·SEG
12071· FM· 3522
ABILENE·TEXAS· 79601·8749

B. FULL NAME OF EACH DEFENDANT, HIS/HERS OFFICIAL POSITION, HIS/HERS PLACE OF EMPLOYMENT, FULL MAILLING ADDRESS AND A BRIEF DESCRIPTION OF ACT(S) OR OMISSION(S) OF EACH DEFENDANT.

DEFENDANT#1: NAME: CARY·COOK    OFFICIAL POSTION; ASST·WARDEN OF ROBERTSON UNIT

ACT(S) OR OMISSION(S); FOR HIS PERSONAL INVOLVEMENT OF FORMALLATING, DIRECTING, CONDONING, KNOWING ABOUT, AND CONSCIOUSLY IGNORING; BUT NOT TAKING ANY ACTIONS TO PREVENT UNCONSTITUTIONAL CONDUCT OF HIS OWN PERSONAL, UNIT OFFICIALS AND OFFICERS ACTIONS TO SUPPRESS COERCION, RETALIATION, HARASSMENT, PUNISHMENT, DISCRIMINATION, DEPRIVATION OF BASIC PSYCHOLOGICAL NEEDS AND FOR HIS OWN FAILURE AND OF THE UNIT OFFICIALS TO FOLLOW IT'S OWN PROCEDURAL RULES AND REGULATIONS, AGAINST ALL PLAINTIFFS FOR PLAINTIFFS INVOLVEMENT IN A RIOT THAT OCCURED ON MARCH 9·2001 ON THIS SAME UNIT, AND FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO ACCESS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES; WHICH ALL ACTS AND OMISSION HAVE CAUSED ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING.

DEFENDANT#2: NAME: ROBERT·EASON    OFFICIAL POSTION; ASST.WARDEN OF ROBERTSON UNIT

ACT(S) OR OMISSION(S); FOR HIS PERSONAL INVOLVEMENT OF FORMALLATING, DIRECTING, CONDONING, KNOWING ABOUT, AND CONSCIOUSLY IGNORING, BUT NOT TAKING ANY ACTIONS TO PREVENT UNCONSTITUTIONAL CONDUCT OF HIS OWN PERSONAL, UNIT OFFICIALS AND OFFICERS. ACTIONS TO SUPRESS COERCION, RETALIATION, HARASSMENT, PUNISHMENT, DISCRIMINATION, DEPRIVATION OF BASIC PSYCHOLOGICAL NEEDS. AND FOR HIS OWN FAILURE AND OF THE UNIT OFFICIALS TO FOLLOW IT'S OWN PROCEDURAL RULES AND REGULATIONS, AGAINST ALL PLAINTIFFS FOR PLAINTIFFS INVOLVEMENT IN A RIOT THAT OCCURED ON MARCH 9·2001 ON THIS SAME UNIT, AND FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO ACCESS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES; WHICH ALL ACTS AND OMISSIONS HAVE CAUSED ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING.

DEFENDANT#3: NAME: WILLIAMS·GRAY    OFFICIAL POSTION; CAPTAIN OF AD·SEG ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT OF FORMALLATING, DIRECTING, CONDONING, KNOWING ABOUT, AND CONSCIOUSLY IGNORING, BUT NOT TAKING ANY ACTIONS TO PREVENT UNCONSTITUTIONAL CONDUCT OF HIS OWN PERSONAL, UNIT OFFICIALS AND OFFICERS, ACTIONS TO SUPRESS COERCION, RETALIATION, HARASSMENT, PUNISHMENT, DISCRIMINATION, DEPRIVATION OF BASIC PSYCHOLOGICAL NEEDS, AND FOR HIS OWN FAILURE AND OF HIS SUBORDINATES FAILURE TO FOLLOW IT'S OWN PROCEDURAL RULES AND REGULATIONS, AGAINST ALL PLAINTIFFS FOR PLAINTIFFS INVOLVEMENT IN A RIOT THAT OCCURED ON MARCH 9·2001 ON THIS SAME UNIT, AND FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO ACCESS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH ALL ACTS AND OMISSIONS HAVE CAUSE ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING.

DEFENDANT #4: NAME: RONALD WILLIAMS        OFFICIAL POSTION: CAPTAIN OF 8 Building
CLOSED-CUSTODY · ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE
INCIDENT SUFFERED BY PLAINTIFF MARIO·MORENO # 756356. FOR HIS PERSONAL INVOLVEMENT
IN DISCRIMINATTING, FORMALLATING, DIRECTING AND CONDONING, But NOT TAKING
ANY ACTIONS TO PREVENT UNCONSTITUTIONAL CONDUCT BY HIS OWN AND HIS SUBORINATE
OFFICERS PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND
INAPPROPRIATE USE OF CHEMICAL AGENTS SUFFERED BY All PLAINTIFFS ON MARCH 9 2001 ON
8 Building CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT,
FOR HIS OWN, AND HIS SUBORINATE OFFICERS FAILURE TO FOLLOW IT'S OWN PROCEDURAL RULES AND
REGULATIONS, FOR HIS GIVING OF FALSE INFORMATION AND ASCERTAINING THE FACTS IN HIS
TESTIMONY FOR DISCIPLINARY HEARING CASE'S CHARGED TO PLAINTIFFS, WHO WERE WRONGLY
ACCUSSED AND FOUND GUILTY OF CHARGES SOLLY BASED ON HIS DISTORTION OF THE TRUTH FOR
HIS TESTIMONY. All ACTS AND OMISSIONS BY CPT. WILLIAMS HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL
INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICIAL DEPRIVATION, PAIN AND SUFFERING, LOST
AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #5: NAME: BRAIN·DAVIS        OFFICIAL POSTION: LIEUTENANT OF 8 Building
CLOSED·CUSTODY · ROBERTSON · UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE
INCIDENT SUFFERED BY PLAINTIFF RICARDO·SAENZ·JR # 699201, FOR HIS PERSONAL INVOLVEMENT
IN DISCRIMINATTING, FORMALLATING, DIRECTING AND CONDONING, BUT NOT TAKING ANY
ACTIONS TO PREVENT UNCONSTITUTIONAL CONDUCT BY HIS OWN AND HIS SUBORINATE OFFICERS
PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY All PLAINTIFFS ON MARCH 9·2001 ON 8 Building
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT. FOR HIS OWN,
AND HIS SUBORINATE OFFICERS FAILURE TO FOLLOW IT'S OWN PROCEDURAL RULES AND REGULATIONS,
All ACTS AND OMISSIONS BY Lt. DAVIS HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY,
GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR
DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #6: NAME: SANTOS·GARICIA·JR        OFFICIAL POSTION: LIEUTENANT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF MARTIN·BAYARDO # 840116, FOR HIS PERSONAL INVOLVEMENT IN
DISCRIMINATTING, FORMALLATING, DIRECTING, AND CONDONING, BUT NOT TAKING ANY ACTIONS
TO PREVENT UNCONSTITUTIONAL CONDUCT BY HIS OWN AND HIS SUBORINATE OFFICERS PARTICIPATION
IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE USE OF CHEMICAL
AGENTS SUFFERED BY All PLAINTIFFS ON MARCH 9·2001 ON 8 Building CLOSED CUSTODY FRONT
DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT. FOR HIS OWN AND HIS SUBORINATE OFFICERS
FAILURE TO FOLLOW ITS OWN PROCEDURAL RULES AND REGULATIONS, All ACTS AND OMISSIONS BY
Lt. GARICIA HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICI
DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY,

DEFENDANT #7: NAME: RICHARD-DANIEL    OFFICIAL POSTION: SERGEANT OF 8 BUILDING CLOSED CUSTODY ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT SUFFERED BY PLAINTIFF JOSE-ANTHONY-DELVAL #791655, FOR HIS PERSONAL INVOLVEMENT IN DISCRIMINATTING, FORMALLATING, DIRECTING, AND CONDONING, BUT NOT TAKING ANY ACTIONS TO PREVENT UNCONSTITUTIONAL CONDUCT BY HIS OWN AND HIS SUBORDINATE OFFICERS PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9, 2001 ON 8 BUILDING CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT. FOR HIS OWN AND SUBORINATE OFFICERS FAILURE TO FOLLOW ITS OWN PROCEDURAL RULES AND REGULATIONS, ALL ACTS AND OMISSIONS BY SGT. DANIEL HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #8: NAME: ROXANN-MARTINEZ    OFFICIAL POSTION: GANG INTELLIGENCE SERGEAN ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HER PERSONAL INVOLVEMENT IN FORMALLATING, DIRECTING AND CONDONING OF DISCRIMINATTING AGAINST PLAINTIFFS WHO ARE ALL MEXICAN INMATES BY HER PERSONAL AND UNIT OFFICIALS ACTIONS OF DELIBERATE RACIAL DISCRIMINATION TOWARDS PLAINTIFFS AND BY THEIR DELIBERATE DEFAMATION ALLEGATIONS OF ALL PLAINTIFFS TO BE SUPPECTED MEMBERS OR SUPPORTERS OF THE MEXICAN MAFIA SECURITY THREAT GROUP OF TDCJ-ID. WITHOUT SIGNIFICANT OR SUBSTANTIAL EVIDENCE TO SUPPORT THEIR ALLEGATIONS, OTHER THAN THE FACT THAT PLAINTIFFS ARE ALL MEXICAN. THIS ACTS AND OMISSIONS HAVE CAUSED PLAINTIFFS DEFAMATION, PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, AND HAVE CAUSED AND PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCES OF CORRECTIONAL OFFICERS, REAL CONFIRMED GANG MEMBERS AND RIVIAL GANG MEMBERS BY HER OWN AND THE UNIT OFFICIALS ACTIONS OF FORMALY STATTING ON ALL PLAINTIFFS PRISON RECORDS OF THEIR ALLEGATIONS OF PLAINTIFFS BEING SUPPECTED MEMBERS OR SUPPORTERS OF THE MEXICAN MAFIA SECURITY THREAT GROUP.

DEFENDANT #9: NAME: RONALD-GLOVO    OFFICIAL POSTION: INTERNAL AFFAIRS OFFICER ROBERTSON UNIT.

ACT(S) OR OMISSION(S): FOR HIS PERSONAL FAILURE TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCES AND COMPLAINTS OF ALLEGATION OF EXCESSIVE USE OF FORCE, INAPPROPIATE USE OF CHEMICAL AGENTS AND HARASSMENT, RETALIATION AND PUNISHMENT FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO ACCESS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES AND FOR PLAINTIFFS INVOLEMENT IN A RIOT THAT OCCURED ON MARCH 9-2001 ON THIS SAME UNIT. FOR HIS PERSONAL FAILURE TO ASSIST AND PROVIDE PLAINTIFFS WITH REQUESTED INFORMATION RELATING TO NAMES OF PARTICIPAN WITNESSES INVOLVED IN THE RIOT OF MARCH 9-2001. FOR HIS OWN FAILURE TO FOLLOW ITS OWN PROCEDURAL RULES AND REGULATIONS OF TDCJ-ID PROCEDURAL POLICY. WHICH ALL ACTS AND OMISSION HAVE PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCE OF CORRECTIONAL OFFICERS AND HAVE CAUSE PLAINTIFFS PERSONAL INJURY.

PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT#10: NAME: CLARENCE·HAM·JR        OFFICAL POSTION: INTERNAL AFFAIRS OFFICER
                                          ROBERTSON UNIT

ACT(s) OR OMISSION(s): FOR HIS PERSONAL FAILURE TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCES AND COMPLAINTS OF ALLEGATION OF EXCESSIVE USE OF FORCE, INAPPROPIATE USE OF CHEMICAL AGENTS AND HARASSMENT, RETALIATION AND PUNISHMENT FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO ACCESS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, AND FOR PLAINTIFFS INVOLVEMENT IN A RIOT THAT OCCURED ON MARCH 9,2001 ON THIS SAME UNIT. FOR HIS PERSONAL FAILURE TO ASSIST AND PROVIDE PLAINTIFFS WITH REQUESTED INFORMATION RELATING TO NAMES OF PARTICIPANTS, WITNESSES INVOLVED IN THE RIOT OF MARCH 9·2001. FOR HIS OWN FAILURE TO FOLLOW IT'S OWN PROCEDURAL RULES AND REGULATIONS OF TDCJ·ID PROCEDURAL POLICY. WHICH ALL ACTS AND OMISSIONS HAVE PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCE OF CORRECTIONAL OFFICERS AND HAVE CAUSE PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT#11: NAME: KIMBERLEY·SIMMONS        OFFICAL POSTION: GRIEVANCE INVESTIGATOR
                                            ROBERTSON UNIT

ACT(s) OR OMISSION(s): FOR HER PERSONAL FAILURE TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCES AND COMPLAINTS. FAILURE TO INVESTIGATE, THOROUGHLY REVIEW, PROCESS AND REFERR PLAINTIFFS EMERGENCY, PRIORITY AND SPECIALITY GRIEVANCES, TO THE APPROPRIATE ADMINISTRATORS OFFICIES. FAILURE TO REFERR AND PROCESS PLAINTIFFS SPECIFIC GRIEVANCES OF SPECIFIC PROBLEMS AND COMPLAINTS WITH UNIT OFFICIALS AND GRIEVANCE INVESTIGATORS. WHICH ALL ACTS AND OMISSIONS HAVE PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCE OF CORRECTIONAL OFFICERS AND HAVE CAUSE PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY, AND HAS DENIED PLAINTIFFS DUE PROCESS OF GRIEVANCES TO ALLOWE AND AFFORD PLAINTIFFS TO ADEQUATELY EXHAUST BOTH STEPS OF THE PRISON GRIEVANCE PROCEDURES.

DEFENDANT#12: NAME: DONNIE·YOUNG        OFFICIAL POSTION: GRIEVANCE INVESTIGATOR
                                       ROBERTSON UNIT

ACT(s) OR OMISSION(s): FOR HER PERSONAL FAILURE TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCES AND COMPLAINTS. FAILURE TO INVESTIGATE, THOROUGHLY REVIEW, PROCESS AND REFERR PLAINTIFFS EMERGENCY, PRIORITY AND SPECIALITY GRIEVANCES, TO THE APPROPRIATE ADMINISTRATORS OFFICIES. FAILURE TO REFERR AND PROCESS PLAINTIFFS SPECIFIC GRIEVANCES OF SPECIFIC PROBLEMS AND COMPLAINTS WITH UNIT OFFICIALS AND GRIEVANCE INVESTIGATORS, WHICH ALL ACTS AND OMISSIONS HAVE PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCE OF CORRECTIONAL OFFICERS AND HAVE CAUSE PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY, AND HAS DENIED PLAINTIFFS DUE PROCESS OF GRIEVANCES TO ALLOWE AND AFFORD PLAINTIFFS TO ADEQUATELY EXHAUST BOTH STEPS OF THE PRISON GRIEVANCE PROCEDURES.

DEFENDANT #13: NAME: HAZEL BROWN                    OFFICIAL POSTION: CORRECTIONAL OFFICER
                                                   ROBERTSON UNIT

ACT(S) OR OMISSION(S). FOR HER PERSONAL PARTICIPATION IN THE ADMINISTRATION OF INAPPROPRIAT
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING CLOSED
CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT. WHICH ALL ACTS AND
OMISSIONS BY OFFICER BROWN HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL
DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS
PERSONAL PROPERTY.

DEFENDANT #14: NAME: BILLY·DAVIS                    OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER
                                                   ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF MARTIN·BAYARDO # 840116. FOR HIS PERSONAL INVOLVEMENT AND
PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9·2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT. WHICH ALL ACTS AND
OMISSIONS BY FIELD OFFICER DAVIS HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT
EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE
TO PLAINTIFFS PERSONAL PROPERTY. AND ALSO FOR HIS INVOLVEMENT IN THE A U.O.F INCIDEDEN SUFFERED
BY PLAINTIFF SANTOS·LOPEZ # 710524

DEFENDANT #15: NAME: DONALD·DAVIS                   OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER
                                                   ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF MARIO·MORENO #756356, FOR HIS PERSONAL INVOLVEMENT AND
PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT. WHICH ALL ACT AND
OMISSIONS BY FIELD OFFICER D.DAVIS HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL
INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST
AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #16: NAME: LENONARD·DORSEY                OFFICIAL POSTION: CORRECTIONAL OFFICER
                                                   ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION OF RETALIATION AND
HARASSMENT TOWARDS ALL PLAINTIFFS BY HIS OWN ACTS OF DENYING PLAINTIFFS THE RIGHT TO
MEALS DURRING THE FIRST TWO WEEKS OF PLAINTIFFS PLACEMENT IN AD·SEG ON MARCH 9.2001,
FOR PLAINTIFFS INVOLVEMENT IN THE 8 BUILDING RIOT OF MARCH 9 2001 AND FOR THE GOOD FAITH
USE OF OR PARTICIPATION IN PURSUING RIGHTS TO COURTS, PRISON GRIEVANCES AND TO PETITION
PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH ALL ACTS AND OMISSIONS BY OFFICER DORSEY
HAVE CAUSE ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN
AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS MEALS.

DEFENDANT #17: NAME: JESUS·ESPINOZA                 OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER
                                                   ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION OF RETALIATION TO
THE LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY AFTER THE 8 BUILDING RIOT OF
MARCH 9.2001

DEFENDANT #18: NAME: GORDON GOODWIN          OFFICIAL POSTION: CORRECTIONAL OFFICER
                                            ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION OF RETALIATION
AND HARASSMENT TOWARDS ALL PLAINTIFFS BY HIS OWN ACTS OF DENYING PLAINTIFFS THE
RIGHT TO MEALS DURRING THE FIRST TWO WEEKS OF PLAINTIFFS PLACEMENT IN AD-SEG ON
MARCH 9. 2001. FOR PLAINTIFFS INVOLVEMENT IN THE 8 BUILDING RIOT OF MARCH 9.2001 AND FOR
THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO COURTS, PRISON GRIEVANCES
AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH ALL ACTS AND OMISSIONS
BY OFFICER GOODWIN HAVE CAUSE ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL
DEPRIVATION, PAIN AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS MEALS.

DEFENDANT #19: NAME: JIMMY GUTHERY          OFFICIAL POSTION: CORRECTIONAL OFFICER
                                            ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFFS JOSE ANTONY DELVAL #791655 AND SANTOS LOPEZ #710524.
FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE
USE OF FORCE AND INAPPROPRIATE USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON
MARCH 9.2001 ON 8 BUILDING CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON
ROBERTSON UNIT. WHICH ALL ACTS AND OMISSION(S) BY OFFICER GUTHERY HAVE CAUSED PLAINTIFFS
PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND
SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #20: NAME: AUBREY JOHNSON III          OFFICIAL POSTION: CORRECTIONAL OFFICER
                                                ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL PARTICIPATION IN THE ADMINISTRATION OF INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE ODWN ON ROBERTSON UNIT. WHICH ALL ACTS
AND OMISSIONS BY OFFICER JOHNSON HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY,
GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/
OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #21: NAME: KENNETH LEAGUE JR          OFFICIAL POSTION: CORRECTIONAL OFFICER
                                                ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION OF RETALIATION
AND HARASSMENT TOWARDS ALL PLAINTIFFS BY HIS OWN ACTS OF DENYING PLAINTIFFS THE RIGHT
TO MEALS DURRING THE FIRST TWO WEEKS OF PLAINTIFFS PLACEMENT IN AD-SEG ON MARCH 9,
2001. FOR PLAINTIFFS INVOLVEMENT IN THE 8 BUILDING RIOT OF MARCH 9.2001 AND FOR THE
GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO COURTS, PRISON GRIEVANCES
AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH ALL ACTS AND
OMISSIONS BY OFFICER LEAGUE HAVE CAUSED ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS,
PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS
MEALS.

DEFENDANT #22: NAME: JIMMY·MARTIN          OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER
                                           ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF RUBEN·CAMACHO # 643933, FOR HIS PERSONAL INVOLVEMENT AND
PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9, 2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL
ACTS AND OMISSIONS BY ·FIELD OFFICER MARTIN HAVE CAUSED PLAINTIFFS PERSONAL
PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND
SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #23: NAME: JEFFREY·MATTHEW       OFFICIAL·POSTION: CORRECTIONAL OFFICER
                                           RORBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF RICARDO·SAENZ·JR # 699201, FOR HIS PERSONAL INVOLVEMENT
AND PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9, 2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL ACTS
AND OMISSIONS BY OFFICER MATTHEW HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY,
GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR
DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #24: NAME: MISTI·MCGONAGILL      OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER
                                           ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HER PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF RUBEN·CAMACHO # 643933, FOR HER PERSONAL INVOLVEMENT AND
PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9, 2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL
ACTS AND OMISSIONS BY FIELD OFFICER MCGONAGILL HAVE CAUSED PLAINTIFFS PERSONAL
PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND
SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #25: NAME: KENNY·MOORE           OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER
                                           ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJORE USE OF FORCE INCIDENT
SUFFERED BY PLAINTIFF MARIO·MORENO # 756356, FOR HIS PERSONAL INVOLVEMENT AND
PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE
USE OF CHEMICAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9, 2001 ON 8 BUILDING
CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL
ACTS AND OMISSIONS BY FIELD OFFICER MOORE HAVE CAUSED PLAINTIFFS PERSONAL
PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN
AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #26: NAME: CODY PACK          OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE USE OF CHEMICIAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL ACTS AND OMISSIONS BY FIELD OFFICER PACK HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #27: NAME: EDUARDO RAMIREZ JR     OFFICIAL POSTION: CORRECTIONAL OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION OF RETALIATION AND HARASSMENT TOWARDS ALL PLAINTIFFS BY HIS OWN ACTS OF DENYING PLAINTIFFS THE RIGHT TO MEALS DURRING THE FIRST TWO WEEKS OF PLAINTIFFS PLACEMENT IN AD-SEG ON MARCH 9.2001, FOR PLAINTIFFS INVOLVEMENT IN THE 8 BUILDING RIOT OF MARCH 9.2001, AND FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH ALL ACTS AND OMISSIONS BY OFFICER RAMIREZ HAVE CAUSED ALL PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS MEALS.

DEFENDANT #28: NAME: STEWART ROBERSON          OFFICIAL POSTION: CORRECTIONAL FIELD OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE USE OF CHEMICIAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL ACTS AND OMISSIONS BY FIELD OFFICER ROBERSON HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #29: NAME: HAROLD ROBINSON          OFFICIAL POSTION: CORRECTIONAL OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAL INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT SUFFERED BY PLAINTIFF JOSE ANTHONY DELVAL # 791655, FOR HIS PERSONAL INVOLVEMENT AND PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRIATE USE OF CHEMICIAL AGENTS SUFFERED BY ALL PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH ALL ACTS AND OMISSIONS BY OFFICER ROBINSON HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

DEFENDANT #30, NAME: MARCELLO RODRIGUEZ JR        OFFICIAl PostION : CORRECTIONAl OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAl INVOLVEMENT AND PARTICIPATION OF RETALIATION AND HARASSMENT TOWARDS AII PLAINTIFFS BY HIS OWN ACTS OF DENYING PLAINTIFFS THE RIGHT TO MEAlS DURRING THE FIRST TWO WEEKS OF PLAINTIFFS PLACEMENT IN AD-SEG ON MARCH 9.2001, FOR PLAINTIFFS INVOLVEMENT IN THE & BUIDING RIOT OF MARCH 9.2001 AND FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH AII ACTS AND OMISSIONS BY OFFICER RODRIGUEZ HAVE CAUSED AII PLAINTIFFS GREAT EMOTIONAl DISTRESS, PSYCHOLOGICAl DEPRIVATION, PAIN AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS MEAlS.

DEFENDANT #31: NAME: CRAIG TOWNZEN        OFFICIAl PostION :CORRECTIONAl OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAl INVOLVEMENT IN THE MAJOR USE OF FORCE INCIDENT SUFFERED BY PLAINTIFF MICHAEL SALAZAR # 810439, FOR HIS PERSONAl INVOLVEMENT AND PARTICIPATION IN THE ADMINISTRATION OF THE EXCESSIVE USE OF FORCE AND INAPPROPRAATE USE OF CHEMICIAl AGENTS SUFFERED BY AII PLAINTIFFS ON MARCH 9.2001 ON 8 BUILDING CLOSED CUSTODY FRONT DESK AREA DURRING A SHAKE DOWN ON ROBERTSON UNIT, WHICH AII ACTS AND OMISSIONS BY OFFICER TOWNZEN HAVE CAUSED PLAINTIFFS PERSONAl PHYSICAl INJURY, GREAT EMOTIONAl DISTRESS, PSYCHOLDGICAl DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAl PROPERTY.

DEFENDANT #32 : NAME: RICHARD ZAVALA        OFFICIAl PostION: CORRECTIONAl OFFICER ROBERTSON UNIT

ACT(S) OR OMISSION(S): FOR HIS PERSONAl INVOLVEMENT AND PARTICIPATION OF RETALIATION AND HARASSMENT TOWARDS AII PLAINTIFFS BY HIS OWN ACTS OF DENYING PLAINTIFFS THE RIGHT TO MEAlS DURRING THE FIRST TWO WEEKS OF PLAINTIFFS PLACEMENT IN AD-SEG ON MARCH 9.2001, FOR PLAINTIFFS INVOLVEMENT IN THE 8 BUILDING RIOT OF MARCH 9.2001 AND FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES, WHICH AII ACTS AND OMISSIONS BY OFFICER ZAVALA HAVE CAUSED AII PLAINTIFFS GREAT EMOTIONAl DISTRESS, PSYCHOLOGICAl DEPRIVATION, PAIN AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS MEAlS.

PLACE OF EMPLOYMENT AND FUll MAILING ADDRESS FOR AII DEFENDANTS.

TDCJ·ID FRENCH·M· ROBERTSON UNIT
12071· FM · 3522
ABILENE· TEXAS· 79601·8744

10·OF·20

## II. STATEMENT OF CLAIM:

CLAIM#1: ON MARCH 9,2001 AT THE ROBERTSON UNIT IN 8 BUILDING CLOSED CUSTODY FRONT DESK AREA, AT OR AROUND 9:00AM DURRING A MAJOR SHAKE DOWN, THE ADMINISTRATION OF EXCESSIVE USE OF FORCE AND INAPPROPRIATE USE OF CHEMICIAL AGENTS WAS SUFFERED BY All PLAINTIFFS HEREIN. THAT WAS ADMINISTRATED BY THE FOLLOWING DEFENDANTS: CAPTAIN, WILLIAMS; LIEUTENANT, DAVIS; LIEUTENANT, GARICIA; SERGEANT, DANIEL; OFFICER, BROWN; FIELD OFFICER, B. DAVIS; FIELD OFFICER, D. DAVIS; OFFICER, GUTHERY; OFFICER, JOHNSON; FIELD OFFICER, MARTIN; OFFICER, MATTHEW; FIELD OFFICER, MCGONAGILL; FIELD OFFICER, MOORE; FIELD OFFICER, PACK; FIELD OFFICER, ROBERSON; OFFICER, ROBINSON; OFFICER, TOWNZEN; THE FOllOWING INCIDENTS OCCURED DURRING SAID SHAKE DOWN;

A. PLAINTIFF RICARDO SAENZ Jr #699201 WAS UNREASONABLY AND UNMERCIFULLY GRABED FROM BEHIND, SLAMED TO THE GROUND, BEATEN WITH FISTS AND KICKED BY OFFICER, MATTHEWS, AND WAS AlSO UNREASONABLY AND UNMERCIFULLY BEATEN WITH FISTS, KICKED, AND WITH A UNKNOWN WEAPON BY LIEUTENANT DAVIS. BOTH INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTENCE. WHICH All ACTS BY OFFICER MATTHEW AND LIEUTENANT DAVIS CAUSED PLAINTIFF TO SUFFER FROM CUTS, SCRAPES, CONTUSIONS TO THE FACE, HEAD, BODY AND BURNS TO HIS ARM FROM A EXPLODING RIOT GAS CANISTER AND All INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAl PHYSICAl INJURY, GREAT EMOTIONAl DISTRESS, PSYCHOLOGICAL DEPRIVATION, POSTTRAMA DISORDER SYMPTONS, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAl PROPERTY.

B. PLAINTIFF RUBEN CAMACHO #643933 WAS UNREASONABLY AND UNMERCIFULLY SLAMED TO THE GROUND WHILE ALREADY SUBDUED AND HANDCUFFED TO HIS BACK, BY FIELD OFFICER MARTIN, AND AlSO WAS UNREASONABLY AND UNMERCIFULLY BEATEN WITH FISTS AND KICKED BY FIELD OFFICER MARTIN AND FIELD OFFICER MCGONAGILL. BOTH INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTENCE. WHICH All ACTS BY BOTH FIELD OFFICERS MARTIN AND MCGONAGILL CAUSED PLAINTIFF TO SUFFER FROM SCRAPES, CONTUSIONS TO THE FACE, HEAD, BODY AND BURNS TO HIS LEGS AND ARMS FROM A EXPLODING RIOT GAS CANISTER AND All INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAl PHYSICAl INJURY, GREAT EMOTIONAl DISTRESS, PSYCHOLOGICAl DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAl PROPERTY.

C. PLAINTIFF MICHAEL SALAZAR #810439 WAS UNREASONABLY AND UNMERCIFULLY SLAMED TO THE GROUND AND BEATEN WITH FIST AND KICKED BY A UNKNOWN OFFICER, AND WAS AlSO UNREASONABLY AND UNMERCIFULLY BEATEN WITH A HOT POT USED AS A WEAPON BY OFFICER TOWNZEN. BOTH INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTENCE. WHICH All ACTS BY UNKNOWN OFFICER AND OFFICER TOWNZEN CAUSED PLAINTIFF TO SUFFER FROM A CUT ON HIS HEAD THAT REQUIERED 10 STAPLE STICHES AND AlSO FROM CUTS, SCRAPES, CONTUSIONS TO THE FACE, HEAD, BODY AND BURNS FROM A EXPLODING RIOT GAS CANISTER AND All INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAl PHYSICAl INJURY, GREAT EMOTIONAl DISTRESS, PSYCHOLOGICAl DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAl PROPERTY.

D. PLAINTIFF RAY SOLIZ JR #847090 WAS UNREASONABLY AND UNMERCIFULLY SHOT AT WITH A RIOT GUN BY A UNKNOWN OFFICER AND WAS AlSO UNREASONABLY AND UNMERCIFULLY BEATEN WITH FISTS, KICKED AND CHOKED BY A UNKNOWN OFFICER. BOTH INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTENCE. WHICH All ACTS BY UNKNOWN OFFICERS CAUSED PLAINTIFF TO SUFFER FROM BRUNS TO HIS BODY FROM THE RIOT GUN SHOT AND FROM CUTS, SCRAPES, CONTUSIONS TO THE FACE, HEAD AND BODY AND All INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAl PHYSICAl INJURY, GREAT EMOTIONAl DISTRESS, PSYCHOLOGICAl DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAl PROPERTY.

E. PLAINTIFF MARIO MORENO #756356 WAS UNREASONABLY AND UNMERCIFULLY SLAMED TO THE GROUND AND BEATEN WITH FISTS AND KICKED BY CAPTAIN WILLIAMS AND FIELD OFFICER MOORE AND WAS ALSO UNREASONABLY AND UNMERCIFULLY KNOCKED OVER THE HEAD WITH A RIOT GUN USED AS A WEAPON BY FIELD OFFICER D. DAVIS, WHICH ALL INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTANCE. WHICH ALL ACTS BY CAPTIN WILLIAMS AND FIELD OFFICERS MOORE AND D. DAVIS CAUSED PLAINTIFF TO SUFFER FROM CUTS, SCRAPES, CONTUSIONS TO THE FACE, HEAD AND BODY AND ALL INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

F. PLAINTIFF JOSE ANTHONY DELVAL #791655 WAS UNREASONABLY AND UNMERCIFULLY SLAMED TO THE GROUND AND BEATEN WITH FISTS AND KICKED BY SERGEANT DANIEL AND OFFICERS GUTHERY AND ROBINSON WHICH ALL INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTANCE. WHICH ALL ACTS BY SERGEANT DANIEL AND OFFICERS GUTHERY AND ROBINSON CAUSED PLAINTIFF TO SUFFER FROM CUTS, SCRAPES, CONTUSIONS TO THE FACE, HEAD AND BODY AND ALL INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

G. PLAINTIFF MARTIN BAYARDO #840116 WAS UNREASONABLY AND UNMERCIFULLY BEATEN WITH FISTS AND KICKED BY LIEUTENAT GARICIA AND FIELD OFFICER B. DAVIS. WHICH ALL ALL INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTANCE. WHICH ALL ACTS BY LIEUTENAT GARICIA AND FIELD OFFICER B. DAVIS CAUSED PLAINTIFF TO SUFFER FROM SCRAPES, CONTUSIONS TO THE FACE, HEAD AND BODY AND ALL INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

H. PLAINTIFF SANTOS LOPEZ #710524 WAS UNREASONABLY AND UNMERCIFULLY SLAMED TO THE GROUND AND BEATEN WITH FISTS AND KICKED BY FIELD OFFICER B. DAVIS AND OFFICER GUTHERY. WHICH ALL INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTANCE. WHICH ALL ACTS BY FIELD OFFICER DAVIS AND OFFICER GUTHERY CAUSED PLAINTIFF TO SUFFER FROM SCRAPES, CONTUSION TO THE FACE, HEAD AND BODY AND ALL INCIDENTS AS A WHOLE HAVE CAUSE PLAINTIFF PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

I. PLAINTIFF ROBERT CISNEROS #685445 WAS UNREASONABLY AND UNMERCIFULLY GASED BY OFFICERS BROWN, JOHNSON AND OTHER UNKNOWN OFFICERS. WHICH INCIDENTS OCCURED WITHOUT PLAINTIFFS OWN PROVOCATION AND RESISTANCE. WHICH ALL INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING.

J. PLAINTIFF JUAN JOSE MEDINA #748275 WAS UNREASONABLY AND UNMERCIFULLY BEATEN WITH FISTS BY UNKNOWN OFFICERS AND WAS UNREASONABLY AND UNMERCIFULLY GASED BY OFFICERS BROWN, JOHNSON AND OTHER UNKNOWN OFFICERS. WHICH ACTS OF BEATENS BY UNKNOWN OFFICERS CAUSED PLAINTIFF TO SUFFER FROM SCRAPES, CONTUSION TO THE FACE, HEAD AND BODY AND ALL INCIDENTS AS A WHOLE HAVE CAUSED PLAINTIFF PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

K. All plaintiffs were unreasonably and unmercifully gased by officers Brown, Johnson and other unknown officers. Which all incidents as a whole have caused plaintiffs personal pysical injury, great emotional distress, psychological deprivation, pain and suffering, lost and/or damage to plaintiffs personal property.

CLAIM#2: Immediatly after the above major incidents occured. All plaintiffs were placed and confined to administrative segregation (ad-seg) by orders of Asst. Warden Eason. On March 14-2001 Asst. Warden Easons orders were confirmed and upheld by Asst. Warden Cook and Captain Gray. All plaintiffs were then placed on Level 3 and on Lock-Down status on F Pod D section 47 threw 56 cells and have remained on Level 3 and Lock Down status to this present day. Which all acts of Asst. Wardens Eason, Cook and Captain Gray have caused plaintiffs great emotional distress, psychological deprivation, pain and suffering.

CLAIM#3: On March 12, 2001 All plaintiffs were served with a disciplinary case that alleged and stated the following: On March 9, 2001 on the Robertson unit 8 building closed custody, All plaintiffs intentionally participated in assaulting officers and created a danger of injury to persons and substantially obstructed the performance of unit operations by creating an unsecure enviroment which resulted in the use of chemical agents, in addition the following plaintiffs were also charged with assaulting the following defendants;

A. Plaintiffs Ricardo-Saenz-Jr #699201 and Ray-Soliz-JR #847090 were charged with assaulting defendant officer Matthew by hitting him with a closed fists.

B. Plaintiffs Michael-Salazar #810439 and Robert-Cisneros #685445 were charged with assaulting defendant officer Matthew by punching and kicking him.

C. Plaintiff Mario-Moreno #756956 was charged with assaulting defendant field officer Moore by hitting him with a metal trash can.

D. Plaintiff Martin-Bavaroo #840116 was charged with assaulting defendant field officer Moore by punching and kicking him.

E. Plaintiff Ruben-Camacho #643933 was charged with assaulting defendant field officer Martin by kicking him.

F. Plaintiff Jose-Anthony-Delal #791655 was charged with assaulting defendant field officer McGonagill by hitting her in the head with closed fists.

G. Plaintiff Santos Lopez #710524 was charged with assaulting defendant field officer B. Davis by punching and kicking him.

H. Plaintiff Juan Jose-Medina #748275 was charged with assaulting defendant field officer Pack by punching and kicking him.

All plaintiffs were charged with a Level 1 code 3.0 assault on officer and a Level 1 code 8.0 riot

ON MARCH 14. 2001 DISCIPLINARY HEARINGS WERE HELDED FOR ALL PLAINTIFFS. DISCIPLINARY HEARING OFFICER WAS DEFENDANT CAPTAIN GRAY.

PLAINTIFFS SAENZ; CAMACHO; SALAZAR; SOLIZ; MORENO; BAYARDO; AND CISNEROS CASES WERE ALL CHARGED AND WRITEN UP BY DEFENDANT CAPTAIN WILLIAMS. ALL SAID PLAINTIFFS WERE FOUND GUILTY SOLELY BASED ON THE TESTIMONY OF CAPTAIN WILLIAMS WHO GAVE FALSE INFORMATION AND ASCERTED THE FACTS FOR EACH TESTIMONY HE GAVE FOR DISCIPLINARY HEARING CASES FOR SAID PLAINTIFFS.

PLAINTIFF DELVAL CASE WAS CHARGED AND WRITEN UP BY DEFENDANT FIELD OFFICER MCGONAGILL. PLAINTIFF WAS FOUND GUILTY SOLELY BASED ON THE TESTIMONY OF FIELD OFFICER MCGONAGILL WHO GAVE FALSE INFORMATION AND ASCERTED THE FACTS FOR HER TESTIMONY SHE GAVE FOR PLAINTIFFS DISCIPLINARY HEARING.

PLAINTIFF LOPEZ CASE WAS CHARGED AND WRITEN UP BY DEFENDANT ~~FIELD OFFICER DAVIS~~ CAPTAIN WILLIAMS. PLAINTIFF WAS FOUND GUILTY SOLELY BASED ON THE TESTIMONY OF ~~FIELD~~ CAPTAIN ~~OFFICER DAVIS~~ WILLIAMS WHO GAVE FALSE INFORMATION AND ASCERTED THE FACTS FOR HIS TESTIMONY HE GAVE FOR PLAINTIFFS DISCIPLINARY HEARING.

PLAINTIFF MEDINA CASE WAS CHARGED AND WRITEN UP BY DEFENDANT FIELD OFFICER PACK. PLAINTIFF WAS FOUND GUILTY SOLELY BASED ON THE TESTIMONY OF FIELD OFFICER PACK WHO GAVE FALSE INFORMATION AND ASCERTED THE FACTS FOR HIS TESTIMONY HE GAVE FOR PLAINTIFFS DISCIPLINARY HEARING.

WHICH ALL ACTS BY DEFENDANTS CAPTAIN GRAY AND WILLIAMS, AND FIELD OFFICERS MCGONAGILL; D. DAVIS; AND PACK HAVE CAUSED PLAINTIFFS LOST OF GOOD TIME, LOST OF LINE CLASS, LOST OF PRIVLEGES, LOST OF CHANCE FOR PAROLE, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION; PAIN AND SUFFERING.

CLAIM #4: ALL PLAINTIFFS HAVE BEEN SUBJECTED TO DELIBERATE RACIAL DISCRIMINATION AND DELIBERATE DEFAMATION BY DEFENDANT GANG INTELLIGENCE SERGEANT MARTINEZ BY HER PERSONAL ACTS OF CONSPIRING WITH ALL DEFENDANTS NAMED IN THIS COMPLAINT AND WITH OTHER UNIT OFFICIALS NOT NAMED, BY THEIR ALLEGATIONS OF ALL PLAINTIFFS TO BE SUPPECTED MEMBERS OR SUPPORTERS OF THE MEXICAN MAFIA SECURITY THREAT GROUP OF TDCJ-ID, WITHOUT SIGNIFICANT OR SUBSTANTIAL EVIDENCE TO SUPPORT THEIR ALLEGATIONS, OTHER THAN THE FACT THAT PLAINTIFFS ARE ALL OF MEXICAN RACE. WHICH THESE ACTS HAVE CAUSED PLAINTIFFS DEFAMATION; PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION; PAIN AND SUFFERING, AND HAVE CAUSED AND PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCES OF CORRECTIONAL OFFICERS, REAL CONFIRMED GANG MEMBERS AND RIVAL GANG MEMBERS BY HER OWN AND THE UNIT OFFICIAL ACTIONS OF FORMALY STATTING ON ALL PLAINTIFFS PRISON RECORDS OF THEIR ALLEGATIONS OF PLAINTIFFS BEING SUPPECTED MEMBERS OR SUPPORTERS OF THE MEXICAN MAFIA SECURITY THREAT GROUP.

CLAIM #5: ON MARCH 9. 2001 AT THE ROBERTSON UNIT 8 BUILDING CLOSED CUSTODY FRONT DESK AREA, ALL PLAINTIFF HAD ALL THEIR PERSONAL PROPERTY PACKED UP AND GOING THREW A MAJOR SHAKE DOWN. A RIOT OCCURED AND IMMEDIATLY AFTER THE RIOT, ALL PLAINTIFFS WERE PLACED IN AD-SEG AND WERE NOT ALLOWED TO TAKE WITH THEM ANY PERSONAL PROPERTY. ALL PLAINTIFFS PERSONAL PROPERTY STILL PACKED UP AND UNTOUCHED WAS LEFT BEHINED IN 8 BUILDING. UNIT INTERNAL AFFAIRS OFFICERS SEALED OFF RIOT AREA AND TOOK PICTURES. PLAINTIFFS PERSONAL PROPERTY WAS THEN LOST AND/OR DAMAGED BY DEFENDANTS INVOLVED IN THE RIOT AND OTHER UNKNOWN OFFICERS.

CLAIM #6: FOR THE FIRST 2 WEEKS OF PLAINTIFFS PLACEMENT AND CON FINEDMENT TO AD-SEG ON MARCH 9, 2001, THE FOLLOWING EVENTS OCCURED.

A. ALL PLAINTIFFS WERE DENIED DECONTAMINATION SHOWERS FOR RIOT GAS EXPOSURE AND CHANGE OF CLOTHES FOR 7 DAYS, BY UNIT OFFICIALS AND OFFICERS.

B. ALL PLAINTIFFS WERE DENIED SHEETS, BLANKS, BEDS AND GENERAL NESSECITTIES FOR 3 DAYS BY UNIT OFFICIALS AND OFFICERS.

C. ALL PLAINTIFFS WERE DENIED ANY PERSONAL PROPERTY FOR 2 WEEKS BY UNIT OFFICIALS AND OFFICERS.

D. ALL PLAINTIFFS WERE DENIED MEALS TO EAT BY THE FOLLOWING DEFENDANTS; OFFICER DORSEY; OFFICER GORDON; OFFICER GOODWIN; OFFICER LEAGUE; OFFICER RAMIREZ; OFFICER RODRIGUEZ; OFFICER ZAVALA AND OTHER OFFICERS NOT YET NAMED, FOR TWO WEEKS STRAIT.

WHICH ALL ACTS BY SAID DEFENDANTS AND OTHER UNIT OFFICIALS AND OFFICERS HAVE CAUSED PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, AND TO GO HUNGERY BY DENYING PLAINTIFFS MEALS.

CLAIM #7: ALL PLAINTIFFS HAVE BEEN ON LOCK-DOWN STATUS SINCE ON OR ABOUT OCTOBER OF 2000 TILL THIS PRESENT DAY BY ORDERS OF DEFENDANTS ASST WARDENS EASON AND COOK. PRISON LOCK-DOWN PROCEDURAL RULES AND REGULATIONS ARE NOT BEING FOLLOWED BY UNIT OFFICIALS AND OFFICERS. WHICH ALL ACTS HAVE CAUSED PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING.

CLAIM #8: THE FOLLOWING DEFENDANTS INTERNAL AFFAIRS OFFICERS GLOYD AND HAM HAVE DENIED AND FAILED TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCES AND COMPLAINTS OF ALLEGATIONS OF EXCESSIVE USE OF FORCE, INAPPROPIATE USE OF CHEMICAL AGENTS AND HARASEMENT, RETALIATION AND PUNISHMENT FOR THE GOOD FAITH USE OF OR PARTICIPATION IN PURSUING RIGHTS TO ACCESS TO COURTS, PRISON GRIEVANCES AND TO PETITION PRISON OFFICIALS FOR REDRESS OF GRIEVANCES AND FOR PLAINTIFFS INVOLEMENT IN A RIOT THAT OCCURED ON MARCH 9, 2001 ON THIS SAME UNIT. AND FOR DEFENDANTS DENIAL TO ASSIST AND PROVIDE PLAINTIFFS WITH REQUESTED INFORMATION RELATING TO NAMES OF PARTICIPANTS AND WITNESSES INVOLED IN THE RIOT OF MARCH 9, 2001 AND FOR DEFENDANTS FAILURE TO FOLLOW ITS OWN PROCEDURAL RULES AND REGULATIONS. WHICH ALL ACTS OF SAID DEFENDANTS HAVE PUT THE LIVES AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCE OF CORRECTIONAL OFFICERS AND HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/OR DAMAGE TO PLAINTIFFS PERSONAL PROPERTY.

CLAIM #9: THE FOLLOWING DEFENDANTS GRIEVANCE INVESTIGATORS SIMMONS AND YOUNG HAVE DENIED AND FAILED TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCES AND COMPLAINTS AND TO INVESTIGATE, THOROUGHLY REVIEW, PROCESS, AND REFERR PLAINTIFFS EMERGENCY, PRIORITY AND SPECIALITY GRIEVANCES, TO THE APPROPRIATE ADMINISTRATORS OFFICIES AND FOR DENIAL AND FAILURE TO REFERR AND PROCESS PLAINTIFFS SPECIFIC GRIEVANCES OF SPECIFIC PROBLEMS AND COMPLAINTS WITH UNIT OFFICIALS AND GRIEVANCE INVESTIGATORS. WHICH ALL ACTS BY SAID DEFENDANTS HAVE PUT THE LIVES

AND SAFETY OF PLAINTIFFS IN DANGER AND AT RISK OF HARM AND VIOLANCE OF CORRECTIONAL OFFICERS AND HAVE CAUSED PLAINTIFFS PERSONAL PHYSICAL INJURY, GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING, LOST AND/ER DAMAGE TO PLAINTIFFS PERSONAL PROPERTY, AND HAVE DENIED PLAINTIFFS THE RIGH OF DUE PROCESS OF GRIEVANCE TO ALLOWE AND AFFORD PLAINTIFFS TO ADEQUATELY EXHAUST BOTH STEPS OF THE PRISON GRIEVANCE PROCEDURES.

CLAIM #10: ALL PLAINTIFFS HAVE BEEN DENIED WHOLESOME AND NUTRITIOUS SACK MEALS DURRING THE FIRST 3 WEEKS OF EACH 30 DAY LOCK DOWN SCHEDULE SINCE ON OR ABOUT OCTOBER OF 2000 TILL THIS PRESENT DAY. ALL PLAINTIFFS HAVE BEEN DENIED A HOT MEAL TRY AT BREAKFAST SINCE ON OR ABOUT OCTOBER OF 2000 TILL THIS PRESENT DAY. WHICH THESE ACTS BY UNIT OFFICIALS HAVE CAUSED PLAINTIFFS GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, PAIN AND SUFFERING AND TO GO HUNGERY BY NOT GIVING PLAINTIFFS WHOLESOME AND NUTRITIOUS SACK MEALS DURRING LOCK DOWN STATUS.

CLAIM #11: PLAINTIFF RICARDO SAEZ JR # 699201 WHO HAS A LONG HISTORY OF BEING SUILIDAI AND WHO SUFFERS FROM MENTAL PROBLEMS AND HAS A HISTORY OF BONG IN AND OUT OF MENTAL HEALTH HOSPITALS IN THE FREE WORLD AND HAS BEEN ADMITTED TO PRISONS OWN MENTAL HEALTH HOSPITAL AT ONE TIME ON OR ABOUT OCTOBER OF 1999, PLAINTIFF HAS BEEN DENIED HIS MANY REQUEST FOR FOLLOW UP MENTAL HEALTH ATTIONS BY UNIT MENTAL HEALTH OFFICIALS. WHICH THESE ACTS BY UNITS MENTAL HEALTH OFFICIALS HAVE CAUSED PLAINTIFF GREAT EMOTIONAL DISTRESS, PSYCHOLOGICAL DEPRIVATION, POST TRAMA DISORDER SYMPTONS, PAIN AND SUFFERING.

## I. EXHAUSTION OF GRIEVANCE PROCEDURES:

BECAUSE OF UNIT OFFICIALS AND GRIEVANCE INVESTIGATORS FAILURE TO INVESTIGATE AND THOROUGHLY REVIEW PLAINTIFFS GRIEVANCE AND THEIR FAILURE TO INVESTIGATE, THOROUGHLY REVIEW, PROCESS AND REFERR PLAINTIFFS EMERGENCY, PRIORITY AND SPECIALITY GRIEVANCES, TO THE APPROPRIATE ADMINISTRATORS OFFICIES AND FOR DENIAL AND FAILURE TO REFERR AND PROCESS PLAINTIFFS SPECIFIC GRIEVANCES OF SPECIFIC PROBLEMS AND COMPLAINTS WITH UNIT OFFICIALS AND GRIEVANCES INVESTIGATORS WHICH THESE ACTS BY UNIT OFFICIALS AND GRIEVANCE INVESTIGATORS HAVE DENIED ALL PLAINTIFFS THE RIGHT TO DUE PROCESS OF GRIEVANCES TO ALLOWE AND AFFORD PLAINTIFFS TO ADEQUATELY EXHAUST BOTH STEPS OF THE PRISON GRIEVANCES PROCEDURES. ONLY 2 OF PLAINTIFFS HAVE BEEN FULLY EXHAUSTED. COPIES OF THESE 2 GRIEVANCES ARE INCLOSED ALONG WITH ALL OTHER GRIEVANCES THAT PLAINTIFFS HAVE SUBMITTED TO UNIT OFFICIALS AND THAT SOME ARE STILL BEING PROCESS AND OTHERS THAT HAVE BEEN LOSTED/MISPLACED AND DENIED PROCESS BY UNIT OFFICIALS AND GRIEVANCE INVESTIGATORS ALTOGETHER. PRISON GRIEVANCES DO NOT AFFORED PLAINTIFFS WITH REQUEST RELIEF FOR EMPLOYEE DISCIPLINARY ACTION OR CONSEQUENTIAL OR PUNITIVE DAMAGES.

## VI. RELIEF REQUESTED:

WE THE PLAINTIFFS FIRST REQUESTED RELIEF, IS FOR APPOINTMENT OF COUNSEL. AND IN SUPPORT OF THIS REQUEST, PLAINTIFFS WILL SHOW THIS COURT THE FOLLOWING. THIS COMPLAINT HEREIN, WAS DRAFTTED AND WRITEN BY PLAINTIFF RICARDO SAENZ JR #699201 ON BEHALF OF HIMSELF AND ALL PLAINTIFFS HEREIN. PLAINTIFF RICARDO SAENZ JR #699201 DRAFTTED AND WROTE THIS COMPLAINT TO THE BEST OF HIS ABILITY WITH HIS AND ALL PLAINTIFFS OWN PERSONAL KNOWLEDGE AND UNDERSTANDING AND AVAILABLE INFORMATION OF THE FACTS, TO THEM, OF ALL FACTS AND ALLEGATIONS STATED HEREIN IN THIS COMPLAINT. BECAUSE OF ALL NAMED DEFENDANTS AND OTHER UNIT OFFICIALS AND OFFICERS NOT NAME YET, OF THEIR PAST, CURRENT AND ONGOING VIOLATIONS AND BECAUSE OF THE COMPLEXITY OF LEGAL ISSUES IN THIS CASE AND OF PLAINTIFFS SEVERELY LIMITING ABILITY TO TAKE DEPOSTION OF ALL NAMED DEFENDANTS AND BECAUSE OF PLAINTIFFS LACK OF ABILITY TO MANAGE THIS CASE EFFECTIVELY ON THEIR OWN. WE THE PLAINTIFFS ARE REQUESTTING FOR APPOINTMENT OF COUNSEL IN WHICH ASSISTANCE OF COUNSEL WILL BE VERY VITAL TO SURVING A POTENTIALLY DESPOSITIVE ADVERSE MOTIONS, CERTAINLY IN A MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO DISMISS FILED BY DEFENDANT AND/OR THIS COURTS OWN MOTIONS. THEREFOR WE GREATLY ARE REQUESTTING FOR APPOINTMENT OF COUNSEL TO FURTHER LITIGATE THIS CASE AND FOR A POSSABLE AOMENOMENT OF THIS COMPLAINT WITH A SUBSTITUTE COMPLAINT DRAFTED BY APPOINTED COUNSEL. WE THE PLAINTIFFS ALSO SEEK FOR COMPENSATORY, PUNITIVE DAMAGES ~~AND~~ AND INJUNCTION RELIEF. PLAINTIFFS ALSO REQUEST FOR A STAY OF THIS COMPLAINT BEFORE DESMISSAL FOR A PERIOD NOT TO EXCEED 180 DAYS INORDER TO REQUIRE PLAINTIFFS TO EXHAUST ALL ADMINISTRATIVE REMEDIES FOR PLAINTIFFS OTHER GRIEVANCES STILL IN PROCESS, IF THIS COURT BELIEVES THAT SUCH REQUEST WOULD BE APPROPRIATE AND IN THE INTEREST OF JUSTICE.

## VII. SANCTIONS:

A. ALL PLAINTIFFS HAVE NOT BEEN SANCTIONED BY ANY COURT AS A RESULT OF ANY LAWSUITS FILED.

C. NO COURT HAS EVER WARNED OR NOTIFIED THAT SANCTIONS COULD BE IMPOSED.

EXECUTED ON: MAY 20, 2001

*Ricardo Saenz Jr*

RICARDO SAENZ JR #699201 AND ON BEHALF OF ALL PLAINTIFFS NAMED HEREIN ON THIS COMPLAINT.

TDCJ-ID-FRENCH-M-ROBERTSON UNIT AD-SEG
12071 FM 3522
ABILENE TEXAS 79601-8746

**PLAINTIFF'S DECLARATIONS:**

I PLAINTIFF RICARDO SAENZ JR #699201 DO DECLARE UNDER PENALTY OF PERJURY ALL FACTS AND ALLEGATIONS PRESENTED IN THIS COMPLAINT AND ATTACHMENTS THERETO ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND UNDERSTANDING. I UNDERSTAND IF I AM RELEASED OR TRANSFERRED, IT IS MY RESPONSIBILITY TO KEEP THE COURT INFORMED OF MY CURRENT MAILING ADDRESS AND FAILURE TO DO SO MAY RESULT IN THE DISMISSAL OF THIS LAWSUIT. I UNDERSTAND EVEN IF I AM ALLOWED TO PROCEED WITHOUT PREPAYMENT OF COSTS, I AM RESPONSIBLE FOR THE ENTIRE $150.00 FILING FEE AND COSTS ASSESSED BY THE COURT, WHICH SHALL BE DEDUCTED IN ACCORDANCE WITH THE LAW FROM MY INMATE ACCOUNT BY MY CUSTODIAN UNTILL THE FILING FEE IS PAID.

SIGNED THIS 20 DAY OF MAY, 2001

RICARDO SAENZ JR # 699201
TDCJ-ID FRENCH M. ROBERTSON UNIT ADSEG
12071 FM 3522
ABILENE TEXAS 79601-8744

**VERIFICATION:**

WE THE PLAINTIFFS HEREIN, BEING PRESENTLY INCARCERATED IN AD-SEG ON THE FRENCH M. ROBERTSON UNIT OF TDCJ-ID LOCATED AT 12071 FM 3522 ABILENE TEXAS, 79601-8744, DO DECLARE UNDER PENALTY OF PERJURY THAT WE EACH HAVE READ THE ABOVE COMPLAINT AND ATTACHMENTS AND THAT THE FACTUAL ALLEGATIONS OF THE SAME ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND UNDERSTANDING.

SIGNED THIS 20 DAY OF MAY, 2001

RICARDO SAENZ JR #699201

JOSE ANTHONY DELVAL # 791655

RUBEN CAMACHO # 643933

MARTIN GAYARDO # 840116

MICHAEL SALAZAR # 810439

SANTOS LOPEZ # 847090

RAY SOLIZ JR # 847090

ROBERT CISNEROS # 688445

MARIO MORENO # 756356

JUAN JOSE MEDINA # 748275

18 OF 20

## CERTIFICAL OF SERVICE

I RICARDO·SAENZ·JR #699201, PLAINTIFF, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF PLAINTIFFS;

    1. PLAINTIFF'S 1983 PRISONERS COMPLAINT
    2. PLAINNTIFF'S AFFIDAVIT OF FORMA PAUPERIS

HAS BEEN SERVED UPON THE U.S. DISTRICT CLERKS OFFICE, BY PLACING SAME IN THE UNITED STATES MAIL ON THIS 25 DAY OF __MAY__, 2001. POSTAGE PRE·PAID, ADDRESSED AS FOLLOWS;

UNITED·STATES·DISTRICT·COURT
NORTHEN DISTRICT OF TEXAS
ABILENE·DIVISON
U.S. DISTRICT·CLERK'S·OFFICE
P.O. BOX 1218
ABILENE·TEXAS·79604·1218

RESPECTFULLY *Ricardo Saenz Jr #699201*

RICARDO·SAENZ·JR #699201
TDCJ·ID·FRENCH·M·ROBERTSON·UNIT·AD·SEG
12071·FM·3522
ABILENE·TEXAS·79601·8749

20·OF·20